# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STEPHEN V. MYERS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 17-12185-DJC |
| JOSEPH McDONALD, et al., | ) |
| Defendants. | ) |

## ORDER

**CASPER, J.**                                                                                           **February 22, 2018**

On December 19, 2017, this Court issued a Procedural Order denying plaintiff's Application to Proceed Without Prepayment of Fees without prejudice to refiling by January 9, 2018. D. 5.

The Court's records indicate that the Procedural Order was returned to the Court as undeliverable on January 8, 2018. D. 7. The same day, the court received a letter from plaintiff seeking the status of this action. D. 8.

The Clerk contacted the records department and was advised that he was released on February 2, 2018. Plaintiff is no longer in custody.

Accordingly, this action is hereby DISMISSED without prejudice.

**SO ORDERED.**

                                                        /s/ Denise J. Casper
                                                        Denise J. Casper
                                                        United States District Judge